# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# P.O. BOX 791
# RALEIGH, NC 27602

CASE NO.: 24-03815-5-PWM
CHAPTER 13

IN RE:
MICHELLE ADDISON JULYAN
7023 GENTLE PINE PLACE
RALEIGH, NC 27613

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a hearing will be held as indicated below:

DATE:     February 12, 2026
TIME:     10:00 AM
PLACE:    U.S. Courthouse & Post Office
          2nd Floor Courtroom
          300 Fayetteville Street
          Raleigh, NC 27601
REASON:   To consider and act on the following matters: **Chapter 13 Trustee's Motion to Dismiss** and to transact all other business as may properly come before the court.

DATED:  January 28, 2026

Stephanie J. Butler
Clerk of Court

## CERTIFICATION OF SERVICE

I, Nancy Burton, Case Administrator for the Office of the Chapter 13 Trustee, Michael B. Burnett, P.O. Box 61039, Raleigh, NC 27661, certify: that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; that on this day, copies of the foregoing Notice of Hearing were served on the Debtor and the attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  January 28, 2026

/s/Nancy Burton
Case Administrator